# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOHN H. RUSSEY JR.**                                                                           **PLAINTIFF**

v.                                   No. 4:11CV00029 JLH-BD

**TERRY VAUGHN,** *et al.*                                                                       **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims are DISMISSED without prejudice. An *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 14th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE