**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOHN H. RUSSEY JR.**                                                                                  **PLAINTIFF**

v.                                      No. 4:11CV00029 JLH-BD

**TERRY VAUGHN,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE